AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:23cr40 |
| Patrick Sean McNulty | ) FID: 11549502 |
| | ) ATF |
| | ) |
| *Defendant* | |

**SEALED**
RECEIVED UNITED STATES MARSHAL 2023 MAY -3 P 3: 13
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Patrick Sean McNulty,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
T.21:846 - Conspiracy to Distribute Methamphetamine (Count One, et al.)

Date: 05/03/2023

*Issuing officer's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/03/23, and the person was arrested on *(date)* 05/10/23
at *(city and state)* Gloucester, VA.

Date: 05/10/23

*Arresting officer's signature*

Daniel Woloszynowski, ATF-SA
*Printed name and title*