AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
IN OPEN COURT

MAY 22 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ORIGINAL

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   4:23cr40 |
| | ) | FID: 11549525 |
| Andrew Ryan Higgins | ) | ATF |
| | ) | |
| _____ Defendant | ) | |

SEALED

RECEIVED UNITED STATES MARSHAL
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION
2023 MAY -3 P 3: 13

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Andrew Ryan Higgins ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - Conspiracy to Distribute Methamphetamine (Count One, et al.)

Date:    05/03/2023

_____
Issuing officer's signature

City and state:    Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
Printed name and title

---

### Return

| This warrant was received on (date) 05/03/23 | , and the person was arrested on (date) 05/22/23 |
|---|---|
| at (city and state) Gloucester, VA . | |
| Date: 05/22/23 | ATF SA # 5890 |
| | Arresting officer's signature |
| | Daniel Woloszynowski ATF SA |
| | Printed name and title |