AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Kenneth Dale Lowney<br><br>*Defendant* | )<br>) Case No. 4:23cr40<br>) FJD: 11549506<br>) ATF<br>) |

FILED
JUN - 2 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
ORIGINAL

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kenneth Dale Lowney,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - Conspiracy to Distribute Methamphetamine (Count One, et al.)

Date: 05/03/2023

*Issuing officer's signature*

City and state: Norfolk, Virginia

Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/03/23, and the person was arrested on *(date)* 06/1/23
at *(city and state)* Gloucester, VA.

Date: 06/2/23

*Arresting officer's signature*

ATF SA Daniel Woloszynowski
*Printed name and title*