FILED
IN OPEN COURT
AUG 14 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 4:23cr40-005
)
PATRICK SEAN MCNULTY, )
)
Defendant. )

## STATEMENT OF FACTS

Comes now the United States and offers to the Court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt:

1. As early as May 1, 2020, PATRICK MCNULTY was associating with known and unknown co-conspirators in Gloucester, Virginia, and began using and selling methamphetamine.

2. A confidential source (CS) told investigators that they began obtaining methamphetamine from unindicted co-conspirator 1 around March of 2020 and knew that unindicted co-conspirator 1 supplied methamphetamine to MCNULTY and other known and unknown co-conspirators.

3. MCNULTY often drove known and unknown co-conspirators to sources of supply of methamphetamine where pounds of methamphetamine would be obtained and was known to be "controlled" by other co-conspirators.

4. MCNULTY would get methamphetamine from other known and unknown co-conspirators for distribution who got larger quantities from known and unknown co-conspirators.

5. MCNULTY was using his and his mother's CASH app accounts to receive payment





for the sale of methamphetamine.

6. MCNULTY began to stay at the residence of a co-conspirator where investigators conducted at least one controlled buy from MNCULTY.

7. On or about December 1, 2022, a controlled purchase was executed in Gloucester County. During this purchase MCNULTY sold $550.00 of methamphetamine to a confidential informant.

8. On or about January 2, 2022, a traffic stop was conducted. MCNUTLY was the front seat passenger, on his person were empty plastic baggies and a digital scale. A certificate of analysis from the Department of Forensic Science found the scale to test positive for Methamphetamine residue.

9. On or about January 8, 2023, a controlled purchase was executed in Gloucester County. During this purchase MCNULTY sold $500.00 of methamphetamine to a confidential informant.

10. Investigators estimate that well over 500 grams of methamphetamine was distributed during this conspiracy.

11. The acts taken by the defendant, PATRICK SEAN MCNULTY, in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly and not by mistake or accident. The defendant acknowledges that the foregoing statement of facts covers the elements of the offense charged but does not describe all of the defendant's conduct relating to the offenses charged in this case.

12. These events occurred in the Eastern District of Virginia.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: ______________________________
Devon E.A. Heath, Peter G. Osyf
Assistant United States Attorneys

After consulting with my attorney, PATRICK SEAN MCNULTY hereby stipulates that the above Statement of Facts is a partial summary which is true and accurate, and that, had the matter proceeded to trial, the United States would have proved these facts beyond a reasonable doubt.

PATRICK SEAN MCNULTY

I am PATRICK SEAN MCNULTY 's attorney and I have carefully reviewed the above Statement of Facts with the defendant. To our knowledge, the decision to stipulate to these facts is an informed and voluntary one.

Chad G. Dorsk, Esq.
Attorney for PATRICK SEAN MCNULTY