AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Amanda Nicole Carter | ) Case No. 4:23cr40-6 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

*RECEIVED U.S. MARSHALS SERVICE 2023 AUG 23 A 9:26 EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Amanda Nicole Carter,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Directing that the offender appear before the Court for failing to appear on August 21, 2023 at 2:30 p.m. as directed.

Date: 08/21/2023

*Issuing officer's signature*

City and state: Richmond, VA

J. Jones, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/23/23, and the person was arrested on *(date)* 8/24/23
at *(city and state)* GLOUCESTER, VA.

Date: 8/28/23

*Arresting officer's signature*

CHRISTINA H. MOORE, DEPUTY US MARSHAL
*Printed name and title*