FILED
IN OPEN COURT
AUG 30 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:23cr40-002 |
| | ) | |
| ANDREW RYAN HIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

STATEMENT OF FACTS

Comes now the United States and offers to the Court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt:

1. As early as May 1, 2020, ANDREW RYAN HIGGINS was associating with known and unknown co-conspirators in Gloucester, Virginia, and began using and selling methamphetamine.

2. HIGGINS told investigators that he had dealt with co-conspirator 1 for four years and that he was introduced through an unindicted co-conspirator. Upon meeting co-conspirator 1, HIGGINS began receiving methamphetamine from them and "pushed it" for them as well.

3. HIGGINS stated he never bought less than ¼ ounce of methamphetamine from co-conspirator 1 but admitted that frequency and amounts purchased varied and was dependent on money. HIGGINS estimated that co-conspirator 1 had sold him a "couple of pounds" of methamphetamine over the years.

4. Co-conspirator 6 began living with HIGGINS and HIGGINS admitted to helping them sell methamphetamine with transactions occurring out of his house. The two would travel to

ARH



Hopewell, Virginia to obtain ¼ pound of methamphetamine every two days for approximately three or four months.

5. A CS told investigators that sometime at the end of November or beginning of December 2021, they were present when HIGGINS and co-conspirator 6 traveled to Richmond to obtain a pound of methamphetamine.

6. On or about December 10, 2021, a controlled purchase was executed in Gloucester County. During this purchase HIGGINS sold $400.00 worth of methamphetamine to a confidential informant.

7. In January 2022, an unindicted co-conspirator brought a pound of methamphetamine to HIGGIN's house for co-conspirator 6 and co-conspirator 1 who each took 8 ounces. The money went from co-conspirator 1's Cash App to HIGGINS Cash App and then HIGGINS paid the unindicted co-conspirator.

8. On or about February 19, 2022, a CS observed HIGGINS selling methamphetamine. Co-conspirator 6 was also present.

9. HIGGINS admitted to investigators that the amount of methamphetamine he moved for co-conspirator 1 was a lot and that his source of supply prior to an unindicted co-conspirator was co-conspirator 1. HIGGINS stated that his phone had messages with co-conspirator 1 on it.

10. A CS told investigators that on multiple occasions, 25 or 30 times over the course of seven to eight months, HIGGINS, and co-conspirator 6 attempted to pay for mechanical work in methamphetamine.

11. Throughout the conspiracy HIGGINS would facilitate the sale of methamphetamine or supply large quantities of methamphetamine to known and unknown co-conspirators.

12. Investigators estimate that well over 500 grams of methamphetamine was distributed

D.K.
ARH

during this conspiracy.

13. The acts taken by the defendant, ANDREW RYAN HIGGINS in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly and not by mistake or accident. The defendant acknowledges that the foregoing statement of facts covers the elements of the offense charged but does not describe all of the defendant's conduct relating to the offenses charged in this case.

14. These events occurred in the Eastern District of Virginia.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: ______________________________
Devon E.A. Heath, Peter G. Osyf
Assistant United States Attorneys



After consulting with my attorney, ANDREW RYAN HIGGINS hereby stipulates that the above Statement of Facts is a partial summary which is true and accurate, and that, had the matter proceeded to trial, the United States would have proved these facts beyond a reasonable doubt.

ANDREW RYAN HIGGINS

I am ANDREW RYAN HIGGINS' attorney and I have carefully reviewed the above Statement of Facts with the defendant. To our knowledge, the decision to stipulate to these facts is an informed and voluntary one.

Daymen W.X. Robinson, Esq.
Attorney for ANDREW RYAN HIGGINS

